UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

REGINA A. FRAMULARO			JURY TRIAL DEMANDED

v.					CASE NO. 3:12 cv

CENTRAL CREDIT SERVICES, INC.

COMPLAINT

1. This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

2. This Court has jurisdiction. 15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3. Plaintiff is a natural person and a consumer within the FDCPA, who resides in Trumbull Connecticut.

4. The Defendant is licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5. Defendant has been a member of a collectors' trade organization, ACA International, since 1988.

6. The defendant is a "debt collector" as the term is defined in the FDCPA, because it uses the mails in efforts to collect personal accounts from consumers on behalf of third parties.

7. On January 31, 2012, defendant sent a collection letter to a complete stranger, Christine Freeman of Maplewood MN, disclosing plaintiff's name, creditor, account number, address, and balance due with regard to her personal student loan account ending in 106.

8. On January 31, 2012, defendant sent a collection letter to a complete stranger, Carrie Dahlke of White Bear Lake MN, disclosing plaintiff's name, creditor, account

number, address, and balance due with regard to her personal student loan account ending in 108.

9.   On February 24, 2012, defendant sent a letter on each account admitting the disclosure of her information.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such compensatory and punitive damages as are permitted by law, as well as $1,000 statutory damages under the FDCPA.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide.

        THE PLAINTIFF

*Joanne S. Faulkner*

BY_____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
   123 Avon Street
   New Haven, CT 06511-2422
   (203) 772-0395
   faulknerlawoffice@snet.net